**Richard C. EHRHORN, Appellant**

v.

**Marilyn A. BRITTEN, etc.**

**No. 17173.**

United States Court of Appeals
Eighth Circuit.

Dec. 20, 1962.

---

Charles E. Kirchner, Omaha, Neb., for appellant.

Joseph P. Inserra, Omaha, Neb., for appellee.

PER CURIAM.

Appeal dismissed at cost of appellant.

---

**Richard C. EHRHORN, Appellant**

v.

**Jeanette L. BRITTEN, etc.**

**No. 17174.**

United States Court of Appeals
Eighth Circuit.

Dec. 20, 1962.

---

Charles E. Kirchner, Omaha, Neb., for appellant.

Joseph P. Inserra, Omaha, Neb., for appellee.

PER CURIAM.

Appeal dismissed at cost of appellant.

**McDONNELL AIRCRAFT CORP.,**
**Appellant**

v.

**Alice Neumann STOY.**

**No. 17197.**

United States Court of Appeals
Eighth Circuit.

Jan. 29, 1963.

---

Wilder Lucas, St. Louis, Mo., for appellant.

Adolph K. Schwartz, St. Louis, Mo., for appellee.

PER CURIAM.

Appeal from District Court dismissed at costs of appellant on stipulation of parties.